### In re DRY DOCK R. R.

### In re METROPOLITAN ST. RY. CO.

#### (Circuit Court, S. D. New York. September 15, 1908.)

STREET RAILROADS (§ 58*)—OPERATION BY RECEIVERS—EXCHANGE OF TRANSFERS.

Receivers respectively for a street railroad system and for a leased line, which was a constituent part of such system but had been surrendered and was being operated independently, authorized to discontinue the exchange of transfers after due notice to the public.

[Ed. Note.—For other cases, see Street Railroads, Cent. Dig. § 135; Dec. Dig. § 58.*]

In Equity. On request by receivers for instructions.

Evarts, Choate & Sherman, for receiver of Dry Dock R. R.
Masten & Nichols, for receivers of Metropolitan St. Ry. Co.

LACOMBE, Circuit Judge. When decision on the question of transfers between Third Avenue and Metropolitan Systems was filed March 31, 1908, it was stated that no instructions could then be given with regard to the Dry Dock Line, because there were so many instances where it and the Metropolitan Street Railway made joint use of each other's tracks. The difficulty then existing has since been removed by rearrangement of routes and car movements, and there is no reason apparent why receivers of Metropolitan and of Dry Dock should not discontinue exchange of transfers at the points other than those designated in the petition now filed. No formal order is necessary; this memorandum is sufficient authority, but notice, by posting in cars running on lines affected, should be given for 10 days before the new arrangement goes into effect.